TOWN OF WHITESTOWN, Appellant and Respondent, *v.* THE TITLE GUARANTY AND SURETY COMPANY, Respondent and Appellant.

*Town of Whitestown* v. *Title Guaranty & Surety Co.*, 148 App. Div. 900, affirmed.

(Argued May 23, 1913; decided June 10, 1913.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department entered January 10, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover upon a fidelity bond.

*G. C. Morehouse* for plaintiff, appellant and respondent.

*George E. Dennison* for defendant, respondent and appellant.

Judgment affirmed, without costs to either party; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.